

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | | No. 08-14-00141-CV |
| IN RE: UNION PACIFIC RAILROAD | § | |
| COMPANY AND WANDA HECKEL, | | AN ORIGINAL PROCEEDING IN |
| | § | |
| RELATORS, | | MANDAMUS |
| | § | |
| | | |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Maria Salas-Mendoza, Judge of the 120th District Court of El Paso, Texas, and concludes that the Relators' petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to vacate its order regarding Defendants' motion for protective order dated April 24, 2014, in accordance with the opinion of this Court. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 11TH DAY OF FEBRUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Ferguson, Judge
Ferguson, Judge (Sitting by Assignment)